ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: ariel.stern@akerman.com
Email: diana.erb@akerman.com

*Attorneys for Defendants*
*BAC Home Loans Servicing, LP,*
*ReconTrust Company, N.A., and Mortgage*
*Electronic Registration System, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| S. BURKE SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>COMMUNITY LENDING INC., a California corporation, PINE STAR MORTGAGE, WESTERN NEVADA TITLE COMPANY; RONDA PLAMONDON, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BAC HOME SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., FIRST AMERICAN NATIONAL DEFAULT, FIRST AMERICAN TITLE; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 individuals; [Partnerships, or anyone claiming any interest to the property described in the action.<br><br>  Defendants. | Case No.: 3:10-cv-00651-RCJ-RAM<br><br>**ORDER CANCELING LIS PENDENS** |

This Court issued an Order Granting Defendants' Motions to Dismiss on March 29, 2011 [Dkt. 26].

Defendants request that the lis pendens currently recorded against the subject properties by Plaintiff S. BURKE SMITH ("Plaintiff") be canceled.

The Court finds that Plaintiff recorded two Notices of Lis Pendens ("Lis Pendens") on or about July 9, 2010, as Instrument Nos. 415247 and 415249 in the real property records maintained

by the Churchill County Recorder. A copy of the two Lis Pendens are attached hereto at **Exhibit A** and fully incorporated by reference.

UPON CONSIDERATION of Defendants' request to cancel the Lis Pendens, and good cause appearing therefore, the Court hereby grants Defendants their requested relief and rules as follows:

1. IT IS ORDERED, ADJUDGED, and DECREED that the two Lis Pendens are hereby cancelled, released, and expunged.

2. IT IS FURTHER ORDERED, ADJUDGED and DECREED that this order canceling the two Lis Pendens has the same effect as an expungement of the original Lis Pendens.

3. IT IS FURTHER ORDERED, ADJUDGED and DECREED that Defendants record a properly certified copy of this cancellation order in the real property records of Churchill County, Nevada within a reasonable amount of time from the date of this order's issue.

APPROVED:

*/s/ R. James*

UNITED STATES DISTRICT JUDGE
Dated: 04-01-2011

Submitted by:

**AKERMAN SENTERFITT LLP**

  /s/ Diana S. Erb
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DIANA S. ERB, ESQ.
Nevada Bar No. 10580
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants
BAC Home Loans Servicing, LP,
ReconTrust Company, N.A., and Mortgage
Electronic Registration System, Inc.*

# EXHIBIT A

14.

The following Document contains no Personal
Information as defined by NRS 603A.040

APN# 001 731 35

Recording Requested By:

Name Rick Lawton, Esq

Address 5435 Reno Hwy

City/State/Zip Fallon, NV 89406

```
DOC # 415247
       07/09/2010        02:33 PM
Official       Record
Recording requested By
RICK LAWTON ESQ
  Churchill County - NV
  Vicky Tripp - Recorder
Page  1    of  4     Fee: $17.00
Recorded By: TH       RPTT:
```



415247

---

Notice of Lis Pendens

(Title of Document)

Grantor: _____

Grantee: _____

Being amended/rerecorded to

If legal description is a metes & bounds description furnish the following information:

Legal Description obtained from _____ (type of document); Book _____
Page _____ Document # _____ recorded _____ (date) in the Churchill
County Recorder office.

If Surveyor, please provide name and address.

This page added to provide additional information required by NRS 111.312 Sections 1-4.
(Additional recording fee applies)

This cover page must be typed

415247   07/09/2010
002 of 4

Case No. 35952

Dept. No. 2

The undersigned declares that this Document does not contain any social security no.

IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

IN AND FOR THE COUNTY OF CHURCHILL

S. BURKE SMITH,

    *Plaintiff,*

vs.

COMMUNITY LENDING INC, a California corporation, COMMUNITY LENDING, dba PINESTAR MORTGAGE; KIM HAMPTON, individually; WESTERN NEVADA TITLE COMPANY; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; COUNTRYWIDE; US RECORDINGS, INC.; FIRST AMERICAN NATIONAL DEFAULT TITLE, CO; RECONTRUST COMPANY; BAC HOME LOANS SERVICING, LP; FIRST AMERICAN TITLE; THE BANK OF NEW YORK MELLON fka THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE HOLDERS CWALT, INC., ALTERNATIVE LOAN TRUST 2005-61 MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2005-61; RONDA PLAMONDON individually; FIRST AMERICAN TITLE INSURANCE COMPANY; and DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action.

    *Defendants.*

**NOTICE OF**

**LIS PENDENS**

NOTICE IS HEREBY GIVEN that an action has been commenced

1

415247    07/09/2010
003 of 4

**TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or interest therein of said Defendants, adverse to said Plaintiff, and the premises affected by this suit are situated in the County of Churchill, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property:

A parcel of real property at issue is located in Churchill County, State of Nevada.

The Subject property being described as:

*Plaintiff: S.BURKE SMITH. a Married Man as his sole and separate property [hereinafter Borrower]:*

*578 Discovery Drive, Fallon, Nevada 89406*

*PARCEL C OF THE PARCEL MAP FOR CHURCHILL COUNTY SCHOOL DISTRICT RECORDED SEPTEMBER 15, 1999 UNDER DOCUMENT NO. 324734, OFFICIAL RECORDS, CHURCHILL COUNTY, NEVADA.*

APN: 001 731 35

DATED: This 7 day of June, 2010.

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By: _____
RICK LAWTON, Esquire

35 Reno Hwy.
). Box 1740
llon, Nevada 89406
:: 775-867-5599
X: 775-867-2559
vtonrick@earthlink.net

2

to

```
DOC # 415249
07/09/2010      02:33 PM
Official Record
Recording requested By
RICK LAWTON ESQ
Churchill County - NV
Vicky Tripp - Recorder
Page  1  of  4    Fee: $17.00
Recorded By: TH    RPTT:
```

415249

The following Document contains no Personal Information as defined by NRS 603A.040

APN# 001 791 19

Recording Requested By:

Name Rick Lawton, Esq

Address 5435 Reno Hwy

City/State/Zip Fallon, NV 89406

Notice of Lis Pendens

(Title of Document)

Grantor: _____

Grantee: _____

Being amended/rerecorded to

If legal description is a metes & bounds description furnish the following information:

Legal Description obtained from _____ (type of document), Book ____ Page ____ Document # ____ recorded ____ (date) in the Churchill County Recorder office.

If Surveyor, please provide name and address.

This page added to provide additional information required by NRS 111.312 Sections 1-4. (Additional recording fee applies)

This cover page must be typed

415249 07/09/2010 002 of 4

Case No. 35954

Dept. No. 1

The undersigned declares that this Document does not contain any social security no.

FILED 2010 JUN -9 AM 8:55 KELLY G. HELTON COLEMAN BY MCQUEEN DEPUTY

## IN THE THIRD JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF CHURCHILL

S. BURKE SMITH,

    Plaintiff,

vs.

COMUNITY LENDING, INC., a California Corporation; PINE STAR MORTGAGE, WESTERN NEVADA TITLE COMPANY; RONDA PLAMONDON, individually; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., a subsidiary of MERSCORP, INC., a Delaware corporation, [MERS]; BAC HOME SERVICING, LP fka COUNTRYWIDE HOME LOANS SERVICING, LP, RECONTRUST COMPANY, N.A., FIRST AMERICAN NATIONAL DEFAULT, FIRST AMERICAN TITLE; and
DOES 1-25 CORPORATIONS, DOES and ROES 1-25 Individuals, [Partnerships, or anyone claiming any interest to the property described in the action.

    Defendants.

**NOTICE OF**

**LIS PENDENCE**

NOTICE IS HEREBY GIVEN that an action has been commenced **TO QUIET TITLE** in the above-entitled Court by the above-named Plaintiff against the above-named Defendants to quiet the title for the premises and real estate in the Complaint in said action, and hereinafter described, and to determine all and every claim, estate or

1

35 Reno Hwy.
). Box 1740
lon, Nevada 89406
:: 775-867-5599
X: 775-867-2559
ronrick@earthlink.net

COPY

|||
|---|---|
| 415249 | 07/09/2010 |
|        | 003 of 4 |

interest therein of said Defendants, adverse to said Plaintiffs, and the premises affected by this suit are situated in the County of Churchill, State of Nevada, and are more particularly described as follows:

The action pertains to the following described property:

A parcel of real property at issue is located in Churchill County, State of Nevada.

The Subject property being described as:

*Plaintiff: S.BURKE SMITH. a Married Man as his sole and separate property [hereinafter Borrower]:*

*751 No. Taylor Street, Fallon, Nevada 89406*

*All that real property situated in the County of Churchill, State of Nevada, described as follows:*

*LOT 2 AS SHOWN ON THE FINAL MAP OF FIELDS LANDING SUBDIVISION UNIT NO 5A RECORDED JUNE 15, 1995, UNDER DOCUMENT NO. 290519, OFFICIAL RECORDS OF CHURCHILL COUNTY, NEVADA.*

APN: 001 791 19

DATED: This 7 day of June, 2010.

RICK LAWTON, ESQUIRE
Attorney at Law
5435 Reno Hwy.
Fallon, Nevada 89406

By: /s/ Rick Lawton
RICK LAWTON, Esquire

2